UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE FLORIDA PARAPLEGIC ASSOCIATION,
a Florida not-for-profit corporation, and DENNY
WOOD, an individual,

        Plaintiffs,

v.                                                                                                   4:05cv278-WS

TALCOR HOLDINGS, INC., a Florida
corporation, and APPLEJAM, INC., a Florida
corporation,

        Defendants.

_____

ORDER DISMISSING TALCOR HOLDINGS, INC.

Pursuant to the plaintiffs' Notice of Voluntary Dismissal (doc. 16), Talcor Holdings, Inc., is DISMISSED from this action.

DONE AND ORDERED this December 19, 2005.

                                         /s William Stafford
                                         WILLIAM STAFFORD
                                         SENIOR UNITED STATES DISTRICT JUDGE