UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE FLORIDA PARAPLEGIC ASSOCIATION,
a Florida not-for-profit corporation, and DENNY
WOOD, an individual,

       Plaintiffs,

v.                                                          4:05cv278-WS

TALCOR HOLDINGS, INC., a Florida
corporation, and APPLEJAM, INC., a Florida
corporation,

       Defendants.

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 14). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be completed by February 16, 2006.

3. Potentially dispositive motions, if any, shall be filed by March 10, 2006.

4. Plaintiff's counsel shall advise the court on or before February 16, 2006, whether and when the parties will attend mediation.

DONE AND ORDERED this December 19, 2005.

                    /s William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE